# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Zafer Taahhut Insaat ve Ticaret A.S. | )  ASBCA No. 58007 |
| | ) |
| Under Contract No. W917PM-09-C-0065 | ) |

APPEARANCE FOR THE APPELLANT:          Sam Zalman Gdanski, Esq.
                                                                      Gdanski & Gdanski, LLP
                                                                      Teaneck, NJ

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                                                      Engineer Chief Trial Attorney
                                                                  Daniel B. McConnell, Esq.
                                                                  James A. Wallace, Esq.
                                                                      Engineer Trial Attorneys
                                                                      U.S. Army Engineer District, Middle East
                                                                      Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 September 2014

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58007, Appeal of Zafer Taahhut Insaat ve Ticaret A.S., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals